## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

### IN ADMIRALTY

In re AMENDED COMPLAINT OF
HOMOSASSA RIVERSIDE RESORT,
LLC d/b/a Homosassa Riverside Resort
as Owner of the Motor Vessel bearing
Hull identification No. OFA20056E505              Case No: 5:14-cv-489-Oc-30PRL
and Florida Registration No. FL1719RY,
its Engines, Appurtenances, Equipment,
Etc., in a cause of Exoneration from or
Limitation of Liability,

      Petitioner,

v.

Richard Langtry, et al.,

      Respondents.

_____/

## FINAL DEFAULT JUDGMENT

THIS CAUSE comes before the Court upon Petitioner's Amended Motion for Entry

of Final Default Judgment Against Non-Filing Claimants (Doc. 18).

On September 11, 2014, Petitioner Homosassa Riverside Resort, LLC as the owner

of a 2005 Floral City airboat, with Hull identification No. OFA20056E505 and Florida

Registration No. FL1719RY (the "Vessel"), filed an amended complaint for exoneration

from or limitation of liability for any and all damages and injuries caused by an incident

on February 7, 2014, involving the Vessel pursuant to 46 U.S.C. §§ 30501-12, Rule F of

the Supplemental Rules for Certain Admiralty and Maritime Claims, and Local Rule 7.06.

(Doc. 5).  By the amended complaint, Petitioner identified as potential claimants Lorry Hargett, Steve Hargett, Christa Curtis, Lynn Curtis, Frances Langtry, and Richard Langtry. (Doc. 5 at 4).

On September 17, 2014, the Court issued an order approving Petitioner's *ad interim* stipulation and directing the Clerk to issue a notice of monition and injunction, which required all potential claimants to file their claims and answers to the amended complaint on or before October 17, 2014.  (Doc. 9).  In accordance with Supplemental Rule F(4), Petitioner filed a copy of the notice of monition for four consecutive weeks in *The Oneida Daily Dispatch*, a public newspaper published in Madison County, New York, beginning September 25, 2014, and in *The Tampa Tribune*, a public newspaper published in Hillsborough County, Florida, beginning September 26, 2014.  (Doc. 14, Ex. 1).  Petitioner also provided notice to potential claimants Lorry Hargett, Steve Hargett, Christa Curtis, Lynn Curtis, Frances Langtry, and Richard Langtry.  (Doc. 14, Ex. 2).

On October 16, 2014, Richard Langtry and Lorry Hargett filed an answer and claim to Petitioner's amended complaint.  (Doc. 13).  As of October 28, 2014, the remaining identified potential claimants did not file responses to the amended complaint. Accordingly, upon motion by Petitioner, a clerk's default was entered against Steve Hargett, Christa Curtis, Lynn Curtis, and Frances Langtry.  (Doc. 16).  Currently, Petitioner seeks a final default judgment against Steve Hargett, Christa Curtis, Lynn Curtis, and Frances Langtry, seeking to bar these potential claimants from filing claims against Petitioner arising from the February 7, 2014 incident as described in the amended complaint.  (Doc. 18).  Petitioner avers that it has complied with all requirements of

2

Supplemental Rule F(4) and has submitted documentation supporting its assertion.  (Doc. 14 at 2-3; Exs. 1-2).

In accordance with Federal Rule of Civil Procedure 55(b), all allegations in Petitioner's amended complaint are deemed admitted as to potential claimants Steve Hargett, Christa Curtis, Lynn Curtis, and Frances Langtry, and Petitioner is entitled to full exoneration from fault as to these potential claimants for the February 7, 2014 incident involving the Vessel as described in the amended complaint.

Accordingly, it is therefore **ORDERED AND ADJUDGED** that:

1.     Petitioner's Amended Motion for Entry of Final Default Judgment Against Non-Filing Claimants (Doc. 18) is GRANTED.

2.     Petitioner is fully exonerated from any and all fault and liability arising out of the February 7, 2014 incident with regard to potential claimants Steve Hargett, Christa Curtis, Lynn Curtis, and Frances Langtry.

3.     The potential claims of Steve Hargett, Christa Curtis, Lynn Curtis, and Frances Langtry arising out of the February 7, 2014 incident are barred.

4.     Final default judgment is not entered against Richard Langtry and Lorry Hargett.

DONE AND ORDERED at Tampa, Florida on this 1st day of December, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

3