**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

HOMOSASSA RIVERSIDE RESORT,
LLC,

     Petitioner,

v.                                    Case No: 5:14-cv-489-Oc-30PRL

RICHARD LANGTRY, et al.,

     Defendants.

_____

ORDER

     The Court has been advised via Petitioner's counsel Kelly Charles-Collins that the above-styled action has been settled.   Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

     **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.   After that 60-day period, however, dismissal shall be with prejudice.   All pending motions, if any, are **DENIED** as moot.   The Clerk is directed to close the file.

     **DONE** and **ORDERED** in Tampa, Florida, this 2nd day of November, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record